UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALICE NELSON RODGERS,<br><br>Plaintiff,<br><br>v.<br><br>DONNA ALLRED, Sacramento County Clerk Recorder,<br><br>Defendant. | No.  2:21-cv-1809 JAM AC PS<br><br><br><br>ORDER |

  Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On January 10, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 18.  Plaintiff has not filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 10, 2022, are adopted in full; and

2. This action is dismissed, with prejudice, for failure to comply with Fed. R. Civ. P. 8 and for failure to state a claim upon which relief can be granted.

DATED: February 7, 2022                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE